| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: |
| MAURICIO AGUDELO, and MAURICIO AGUDELO ESQ. P.C.,<br><br>              Plaintiffs,<br><br>              v.<br><br>DIOSCORIDES GLOBAL HOLDINGS, LLC,<br><br>              Defendant. | 21-CV-4462 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

Plaintiffs filed this action on May 18, 2021. Dkt. 1. On June 1, Plaintiffs filed an affidavit of service, which stated that Defendant was served on May 21, 2021 and that its answer was due June 11, 2021. Dkt. 6. To date, however, Defendant has not appeared nor responded to the complaint. Accordingly, if Plaintiffs intends to move for a default judgment against Defendant, they shall do so no later than August 3, 2021 in accordance with the Court's individual rules (https://nysd.uscourts.gov/sites/default/files/practice_documents/Judge%20Abrams%20-%20Individual%20Rules%20of%20Practice%20in%20Civil%20Cases.pdf)

SO ORDERED.

Dated:    July 13, 2021
          New York, New York

                                              RONNIE ABRAMS
                                              United States District Judge