UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:
```

MAURICIO AGUDELO and MAURICIO
AGUDELO ESQ. P.C.,

                    Plaintiffs,

          v.

DIOSCORIDES GLOBAL HOLDINGS,
LLC,

                    Defendant.

21-CV-4462 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On May 24, the Court scheduled an initial status conference in this action for August 20, 2021.

Dkt. 5.  After Defendant failed to timely make an appearance or file an answer to the complaint, the

Court issued an order informing Plaintiffs that, if they intended to move for a default judgment against

Defendant, they shall do so no later than August 3, 2021.  Dkt. 8.  On July 28, 2021, Plaintiffs obtained

a certificate of default against Defendant.  The Court thus presumes that Plaintiffs are in the course of

preparing a motion for default judgment.  In light of this development, in the initial status conference is

hereby adjourned *sine die*.

SO ORDERED.

Dated:    July 29, 2021
          New York, New York

                                              _____
                                              RONNIE ABRAMS
                                              United States District Judge