UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

AGUDELO ET AL,

                            Plaintiffs,

    -against-

DIOSCORIDES GLOBAL HOLDINGS, LLC,

                            Defendant.

**ORDER SCHEDULING SETTLEMENT CONFERENCE**

21-CV-04462 (RA) (JW)

------------------------------------------------------------------
**JENNIFER E. WILLIS, UNITED STATES MAGISTRATE JUDGE**

      This case was referred to Magistrate Judge Fox for settlement on August 10, 2021. ECF No. 20. The case was redesignated and the settlement referral was reassigned to Magistrate Judge Willis on February 1, 2022. If the parties believe it will still be productive to discuss settlement, please contact Courtroom Deputy Christopher Davis via e-mail at WillisNYSDChambers@nysd.uscourts.gov and provide three mutually agreeable dates for a settlement conference. Proposed dates should be one to two months from now and any conference will be scheduled for Tuesday, Wednesday or Thursday at 10:00 a.m.

      SO ORDERED.

Dated: February 17, 2022
       New York, New York

                                                           JENNIFER E. WILLIS
                                                           United States Magistrate Judge