UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAURICIO AGUDELO, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DIOSCORIDES GLOBAL HOLDINGS, LLC, <br><br> Defendant. | 21-CV-4462 (RA) <br><br> ORDER |

RONNIE ABRAMS, United States District Judge:

    On March 17, 2022, the Court granted the parties' second application for a 30-day extension of their discovery deadlines. In their joint letter dated March 16, 2022, the parties stated that an extension was needed "so that the settlement agreement can be finalized." To date, no stipulation has been filed on the docket. By April 27, 2022, the parties shall submit a joint letter regarding the status of this case, and proposing dates for a conference to discuss the parties' jurisdictional discovery.

SO ORDERED.

Dated:   April 20, 2022
             New York, New York

                                                                       RONNIE ABRAMS
                                                                       United States District Judge